FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 2 2 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

John Ray Nelson, WSBA #16393
J. Christopher Lynch, WSBA #17462
Foster Pepper PLLC
422 W. Riverside, Suite 1310
Spokane, WA 99201-0302
Telephone: (509) 777-1600
Facsimile: (509) 777-1616

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
### AT SPOKANE

| | |
|---|---|
| DX/DY VOICE PROCESSING, INC., a Arizona corporation, | No. **CV-07-059-EFS** |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | **JURY TRIAL DEMANDED** |
| TELIGENCE CORPORATION, a Canadian corporation; TELIGENCE (CANADA) LTD, a Canadian corporation; TELIGENCE (US), INC., a Nevada corporation; TELIGENCE HOLDINGS INC., a Nevada corporation; ROBERT J. MADIGAN, a citizen of Canada; JOHN MADIGAN, a citizen of Canada; FIRST MEDIA GROUP, INC., a Canadian corporation; FIRST MEDIA GROUP LLC, a Delaware company; and JOHN DOES 1-100, | |
| Defendants. | |

Plaintiff Dx/Dy Voice Processing, Inc. brings its Complaint against Defendants demanding a jury trial and alleging:

COMPLAINT FOR PATENT
INFRINGEMENT - 1

**FOSTER PEPPER PLLC**
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

50767446 V1

# I.    NATURE OF THE ACTION

1.    This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

# II.    PARTIES AND JURISDICTION

2.    Plaintiff Dx/Dy Voice Processing, Inc. ("Dx/Dy") is incorporated under the laws of the State of Arizona and has its principal place of business at 28 West 3rd Avenue, Suite A, Spokane, Washington 99201.  Dx/Dy is fully licensed to conduct business in Washington State.

3.    The Defendants comprise two groups, one associated with Teligence Corporation of Vancouver, British Columbia, and the other associated with First Media Group, Inc. of Toronto, Ontario.  Both groups of Defendants operate telephone "chat line" services in the United States.

4.    The "Teligence Defendants" include four corporate entities and two individuals.  Teligence Corporation and Teligence (Canada) Ltd are both incorporated under the laws of the Province of British Columbia and have their principal places of business in Vancouver, British Columbia.  Teligence (U.S.), Inc. and Teligence Holdings, Inc. are both incorporated under the laws of the State of Nevada and have their principal place of business in Denver, Colorado.  These four Teligence corporate entities are owned and operated by and for the benefit of

COMPLAINT FOR PATENT
INFRINGEMENT - 2

FOSTER PEPPER PLLC
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

50767446 V1

Defendants Robert J. Madigan and John Madigan ("the Madigans") who are domiciled in Vancouver, British Columbia.   On information and belief, both Messrs. Madigan are married individuals and all activity alleged herein was taken for the benefit of themselves and their marital community and all relief sought is from these individuals and their marital communities.

5.    The Madigans and the four Teligence entities own, operate, control and benefit from the family of pay-per-call telephone services seen at http://www.teligence.net/brands/index.html, including LiveLinks, TangoPersonals, VibeLine, Interactive Male, RedHot DateLine, and FonoChat Latino ("the Teligence Products.")   All of the Teligence Defendants have sufficient contacts with the State of Washington to subject them to personal jurisdiction.  The making, using, offering and selling of the Teligence Products infringe U.S. Patent No. 7,116,768 in the United States, including in this judicial district.

6.    The "FMG Defendants" include two corporate entities.   Defendant First Media Group, Inc. is incorporated under the laws of the Province of Ontario and has its principal place of business in Toronto, Ontario.   First Media Group LLC is incorporated under the laws of Delaware and has its principal place of business in Toronto, Ontario.   The FMG Defendants operate the family of pay-per-call telephone services seen at http://www.nightlinepersonals.com and

COMPLAINT FOR PATENT
INFRINGEMENT - 3

FOSTER PEPPER PLLC
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

50767446 V1

http://www.questconnects.com, among others ("the FMG Products.")  The FMG

Defendants have sufficient contacts with the State of Washington to subject them

to personal jurisdiction.   The making, using, offering and selling of the FMG

Products infringe U.S. Patent No. 7,116,768 in the United States, including in this

judicial district.

### III.    SUBJECT MATTER JURISDICTION AND VENUE

7.    This Court has jurisdiction over the subject matter of Dx/Dy's

Complaint pursuant to 28 U.S.C. §§ 1331 and 1338(a).

8.    Venue is proper in this judicial district pursuant to 28 U.S.C. §§

1391(b), 1391(c), 1391(d), and 1400(b).

### IV.    THE '768 PATENT

9.    Dx/Dy provides telecommunications hardware, software and services

to clients throughout the country, including a particular expertise in the area of

switches and other hardware, cabling and software to enable collect calling and

collect call-back.

10.    United States Patent No. 7,116,768 ("the '768 Patent") entitled

"Collect Callback," was duly and legally issued by the United States Patent and

Trademark Office ("USPTO") on October 3, 2006.  The '768 Patent was published

as an application by the USPTO on March 31, 2005, U.S. Patent Application No.

COMPLAINT FOR PATENT
INFRINGEMENT - 4

**FOSTER PEPPER PLLC**
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

50767446 V1

10/672,348, with substantially similar Claims to those that issued as the '768 Patent.

11.    Dx/Dy owns by assignment the entire right, title and interest in the '768 Patent such that it may enforce the patent.  This assignment is shown on the face of the issued patent, in Field 73.  A copy of the '768 Patent is attached hereto as Exhibit A.

**COUNT I**
**DEFENDANTS INFRINGEMENT OF THE '768**
**PATENT**

12.    Dx/Dy repeats and realleges the allegations of paragraphs 1 though 11 as though fully set forth herein.

13.    The making, using, offering, and selling of the Teligence Products by the Teligence Defendants and the making, using, offering and selling of the FMG Products by the FMG Defendants infringe the '768 Patent directly and under the doctrine of equivalents in violation of 35 U.S.C. § 271(a).

14.    The Teligence Defendants have offered sales of software and services packages (which include Collect Callback) to third-party pay-per-call telephone service operators.  Any implementation and use by such purchasers of these systems which include Collect Callback would be infringing activity in violation of 35 U.S.C. § 271(a).  Collect Callback is not a staple article of commerce suitable

COMPLAINT FOR PATENT
INFRINGEMENT - 5

**FOSTER PEPPER PLLC**
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

50767446 V1

for non-infringing use. By providing these materials to third parties, the Teligence Defendants are contributory infringers of the '768 Patent in violation of 35 U.S.C. § 271(b).

15.    The Madigans and the other Teligence Defendants have induced infringement of the '768 Patent by the Teligence Defendants and others in violation of 35 U.S.C. § 271(c).

16.    Defendants' infringement has been deliberate, willful, intentional, and with knowledge of the existence of the '768 patent. The Teligence Defendants were aware of Dx/Dy's patent application for Collect Callback since before its publication date of March 31, 2005.

17.    Dx/Dy is entitled to injunctive and compensatory relief, including attorneys' fees and costs, as well as enhanced damages pursuant to 35 U.S.C. §§ 271, 281, and 283-85.

## V.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff Dx/Dy respectfully requests that this Court enter Judgment in favor of Dx/Dy and against all Defendants, and grant to Dx/Dy all of the following relief:

1.    Enter judgment that Defendants have infringed and are infringing the '768 patent;

COMPLAINT FOR PATENT
INFRINGEMENT - 6

FOSTER PEPPER PLLC
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

2.     Enter judgment that the aforementioned infringement by Defendants has been and is willful;

3.     Enter orders preliminarily and permanently enjoining Defendants, and their respective officers, agents, employees, and all others in active concert or participation with Defendants or any of them from further infringing, whether directly or indirectly, the '768 patent;

4.     Award Dx/Dy its damages in an amount sufficient to compensate Dx/Dy for the Defendants' infringements of the '768 patent, together with pre-judgment and post-judgment interest and costs, pursuant to 35 U.S.C. § 284;

5.     Award enhanced damages to Dx/Dy in an amount three times the amount of compensatory damages awarded by this Court for the Defendants' willful infringements of the '768 patent, pursuant to 35 U.S.C. § 284;

6.     Declare this case to be "exceptional" under 35 U.S.C. § 285, and award Dx/Dy its reasonable attorneys' fees, expenses, and costs incurred in this action; and

7.     Award Dx/Dy such other and further equitable and/or monetary relief as this Court deems just and proper.

## VI.     JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff

COMPLAINT FOR PATENT
INFRINGEMENT - 7

FOSTER PEPPER PLLC
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

50767446 V1

Dx/Dy respectfully requests a trial by jury of all issues for which a trial by jury is available under applicable law.

Foster Pepper PLLC

Date: _2/20/2007_

John Ray Nelson, WSBA #16393

Date: _1.20.2007_

J. Christopher Lynch, WSBA #17462

COMPLAINT FOR PATENT
INFRINGEMENT - 8

**FOSTER PEPPER PLLC**
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

50767446 V1