John Ray Nelson, WSBA #16393
J. Christopher Lynch, WSBA #17462
Foster Pepper PLLC
422 W. Riverside, Suite 1310
Spokane, WA  99201-0302
Telephone: (509) 777-1600
Facsimile:  (509) 777-1616

Attorneys for Plaintiff and
  Counterclaim Defendant DX/DY
  Voice Processing and Counterclaim
  Defendant Jeffrey Smith

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| DX/DY VOICE PROCESSING, INC., a Arizona corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>TELIGENCE CORPORATION, a Canadian corporation; TELIGENCE (CANADA) LTD, a Canadian corporation; TELIGENCE (US), INC., a Nevada corporation; TELIGENCE HOLDINGS INC., a Nevada corporation; ROBERT J. MADIGAN, a citizen of Canada; JOHN MADIGAN, a citizen of Canada; FIRST MEDIA GROUP, INC., a Canadian corporation; UTEL NETWORKS, INC., a Nevada corporation; UTEL NETWORKS (CANADA) LTD., a British Columbia corporation; and JOHN DOES 1-100,<br><br>　　　　　　　　Defendants. | No. CV-07-059-EFS<br><br>**DX/DY VOICE PROCESSING, INC.'S AND JEFFREY SMITH'S ANSWER TO THE MADIGANS' COUNTERCLAIMS AS ALLEGED IN THEIR ANSWER TO THE SECOND AMENDED COMPLAINT** |

DX/DY VOICE PROCESSING, INC.'S AND JEFFREY SMITH'S ANSWER
TO THE MADIGANS' COUNTERCLAIMS AS ALLEGED IN THEIR
ANSWER TO THE SECOND AMENDED COMPLAINT - 1

FOSTER PEPPER PLLC
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

50859022

|   |   |   |
|---|---|---|
| 1 | TELIGENCE (CANADA) LTD., a British | ) |
| 2 | Columbia corporation, and TELIGENCE | ) |
| 3 | (US), INC., a Nevada corporation. | ) |
|   |   | ) |
| 4 | Counterclaim Plaintiffs, | ) |
| 5 |   | ) |
|   | v. | ) |
| 6 |   | ) |
| 7 | DX/DY VOICE PROCESSING, INC., an | ) |
|   | Arizona corporation, and JEFFREY SMITH, | ) |
| 8 | an individual, | ) |
| 9 |   | ) |
|   | Counterclaim Defendants. | ) |

Counterclaim Defendants DX/DY VOICE PROCESSING, INC., an Arizona corporation, and JEFFREY SMITH, an individual, (collectively, "Counterclaim Defendants") answer The Madigans' Counterclaims as alleged in their Answer to the Second Amended Complaint as follows:

## JURISDICTION AND VENUE

1. Counterclaim Defendants admit the allegations of paragraph 45 of the Madigans' Counterclaims.

2. Counterclaim Defendants admit the allegations of paragraph 46 of the Madigans' Counterclaims.

3. Counterclaim Defendants admit that DX/DY is incorporated in the State of Arizona, with a principal place of business in Spokane, Washington. Counterclaim Defendants deny the remaining allegations contained in paragraph 47 of the Madigans' Counterclaims.

4. Counterclaim Defendants admit the allegations of paragraph 48 of the Madigans' Counterclaims.

DX/DY VOICE PROCESSING, INC.'S AND JEFFREY SMITH'S ANSWER TO THE MADIGANS' COUNTERCLAIMS AS ALLEGED IN THEIR ANSWER TO THE SECOND AMENDED COMPLAINT - 2

FOSTER PEPPER PLLC
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

50859022

5. Counterclaim Defendants admit the allegations of paragraph 49 of the Madigans' Counterclaims.

6. Counterclaim Defendants admit the allegations of paragraph 50 of the Madigans' Counterclaims.

7. Counterclaim Defendants admit the allegations of paragraph 51 of the Madigans' Counterclaims.

### FIRST COUNTERCLAIM (AGAINST DX/DY AND JEFFREY SMITH)
### (Declaratory Judgment of Non-Infringement)

8. Counterclaim Defendants repeat and reallege their admissions and denials contained in the preceding paragraphs.

9. Counterclaim Defendants deny the allegations of paragraph 53 of the Madigans' Counterclaims.

### SECOND COUNTERCLAIM (AGAINST DX/DY AND JEFFREY SMITH)
### (Declaratory Judgment of Invalidity)

10. Counterclaim Defendants repeat and reallege their admissions and denials contained in the preceding paragraphs.

11. Counterclaim Defendants deny the allegations of paragraph 55 of the Madigans' Counterclaims.

### THIRD COUNTERCLAIM (AGAINST DX/DY AND JEFFREY SMITH)
### (Declaratory Judgment of Unenforceability)

12. Counterclaim Defendants repeat and reallege their admissions and denials contained in the preceding paragraphs.

13. Counterclaim Defendants deny the allegations of paragraph 57 of the Madigans' Counterclaims.

### FOURTH COUNTERCLAIM (AGAINST DX/DY AND JEFFREY SMITH)
### (Declaratory Judgment of Exceptional Case)

14. Counterclaim Defendants repeat and reallege their admissions and

DX/DY VOICE PROCESSING, INC.'S AND JEFFREY SMITH'S ANSWER TO THE MADIGANS' COUNTERCLAIMS AS ALLEGED IN THEIR ANSWER TO THE SECOND AMENDED COMPLAINT - 3

FOSTER PEPPER PLLC
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

50859022

denials contained in the preceding paragraphs.

15. Counterclaim Defendants deny the allegations of paragraph 59 of the Madigans' Counterclaims.

### FIFTH COUNTERCLAIM (AGAINST DX/DY AND JEFFREY SMITH)
### (Correction of Inventorship Under 35 U.S.C. § 256)

16. Counterclaim Defendants repeat and reallege their admissions and denials contained in the preceding paragraphs.

17. Counterclaim Defendants deny the allegations of paragraph 61 of the Madigans' Counterclaims.

### PRAYER FOR RELIEF

WHEREFORE, Counterclaim Defendants pray for judgment as to the Counterclaims as follows:

1. Dismissing The Madigans' Counterclaims with prejudice.

2. Their reasonable attorneys' fees and costs incurred in this action, as allowed by law.

3. Such further and other relief as the Court deems just and equitable.

DATED this 4th day of December, 2007.

FOSTER PEPPER PLLC

s/ J. Christopher Lynch
John R. Nelson, WSBA #. 16393
J. Christopher Lynch, WSBA #17462
Attorneys for Plaintiff and
Counterclaim Defendants DX/DY
Voice Processing, Inc. and Jeffrey
Smith

DX/DY VOICE PROCESSING, INC.'S AND JEFFREY SMITH'S ANSWER
TO THE MADIGANS' COUNTERCLAIMS AS ALLEGED IN THEIR
ANSWER TO THE SECOND AMENDED COMPLAINT - 4

FOSTER PEPPER PLLC
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

50859022

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    James W Anable:  jwanable@townsend.com

    James B. King:  jking@ecl-law.com

    James C. Brooks:  jbrooks@orrick.com

    Jae H. Kin:  Jhkim@orrick.com

    Steven Paul Fricke:  spfricke@townsend.com

    Jeffrey W Reis:  jwreis@townsend.com

                                FOSTER PEPPER PLLC

                                s/ J. Christopher Lynch
                                J. Christopher Lynch, WSBA #17462
                                Attorneys for Plaintiff and Counterclaim Defendants DX/DY Voice Processing, Inc. and Jeffrey Smith

DX/DY VOICE PROCESSING, INC.'S AND JEFFREY SMITH'S ANSWER TO THE MADIGANS' COUNTERCLAIMS AS ALLEGED IN THEIR ANSWER TO THE SECOND AMENDED COMPLAINT - 5

FOSTER PEPPER PLLC
422 W. RIVERSIDE, SUITE 1310
SPOKANE, WASHINGTON 99201-0302
PHONE (509) 777-1600  FAX (509) 777-1616

50859022