1  Ryan D. Yahne, WSBA No. 35063
2  C. Matthew Andersen, WSBA No. 06868
   WINSTON & CASHATT
3  601 W. Riverside, Ste. 1900
   Spokane, WA  99201
4  Telephone: (509) 838-6131
5  Email:     rdy@winstoncashatt.com
              cma@winstoncashatt.com
6
7  Attorneys for Moving Parties in Motion to Intervene, Michael L. Eberle and
   Paramount International Telecommunications, Inc.
8
9
10           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
11

| DX/DY VOICE PROCESSING, INC., a Arizona corporation, | No. CV-07-059-EFS |
|---|---|
| Plaintiff, | **MOTION TO INTERVENE** |
| vs. | |
| TELIGENCE CORPORATION, a Canadian Corporation; TELIGENCE (CANADA) LTD, a Canadian corporation; TELIGENCE (US), INC., a Nevada corporation; TELIGENCE HOLDINGS INC., a Nevada corporation; ROBERT J. MADIGAN, a citizen of Canada; JOHN MADIGAN, a citizen of Canada; FIRST MEDIA GROUP, INC., a Canadian corporation; UTEL NETWORKS, INC., a | |

MOTION TO INTERVENE
PAGE 1

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

| | |
|---|---|
| 1<br>2<br>3<br>4 | Nevada corporation; UTEL NETWORKS (CANADA) LTD., a British Columbia corporation; and JOHN DOES 1-100,<br><br>Defendants. |
| 5<br>6<br>7<br>8 | TELIGENCE (CANADA) LTD., a British Columbia corporation, and TELIGENCE (US), INC., a Nevada corporation,<br><br>Counterclaim Plaintiffs, |
| 9 | v. |
| 10<br>11<br>12 | DX/DY VOICE PROCESSING, INC., an Arizona corporation, and JEFFREY SMITH, an individual,<br><br>Counterclaim Defendants. |

Michael Eberle and Paramount International Telecommunications, Inc., as proposed party Plaintiff Intervenors, requests an order allowing Michael Eberle and Paramount International Telecommunications, Inc., to intervene and which permits filing of their proposed Complaint-in-Intervention (attached as Exhibit "A" hereto) pursuant to Fed.R.Civ.P. 24.

This application is supported by the Memorandum of Points and Authorities as well as the affidavit of Teresa L. Polk in support of the motion to intervene.

MOTION TO INTERVENE
PAGE 2

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

DATED this 25th of March, 2008.

        s/Ryan D. Yahne, WSBA No. 35063
        C. Matthew Andersen, WSBA No. 06868
        WINSTON & CASHATT
        Attorneysfor Eberle/Paramount
        601 W. Riverside, Ste. 1900
        Spokane, WA 99201
        (509) 838-6131
        Facsimile: (509) 838-1416
        E-mail Address: rdy@winstoncashatt.com
        E-mail Address: cma@winstoncashatt.com

MOTION TO INTERVENE
PAGE 3

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

John Ray Nelson     Attorneys for DX/DY Voice Processing:
J. Christopher Lynch
Foster Pepper, PLLC


James C. Brooks     Attorneys for Teligence, Madigan and UTEL:
Jae H. Kim
Orrick Herrington Sutcliffe LLP

James B. King
Evans, Craven & Lackie

James W. Anable     Attorneys for First Media Group:
Steven Paul Fricke
Jeffrey W. Reis
Townsend and Townsend and Crew LLP

                               s/Ryan D. Yahne, WSBA No. 35063
                               C. Matthew Andersen, WSBA No. 06868
                               WINSTON & CASHATT
                               Attorneysfor Eberle/Paramount
                               601 W. Riverside, Ste. 1900
                               Spokane, WA 99201
                               (509) 838-6131
                               Facsimile: (509) 838-1416
                               E-mail Address: rdy@winstoncashatt.com
                               E-mail Address: cma@winstoncashatt.com

MOTION TO INTERVENE
PAGE 4

*Winston & Cashatt*
A PROFESSIONAL SERVICE CORPORATION
1900 Bank of America Financial Center
601 West Riverside
Spokane, Washington 99201
(509) 838-6131