UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DX/DY VOICE PROCESSING, INC., an Arizona corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>TELIGENCE CORPORATION, a British Columbia corporation; TELIGENCE (CANADA) LTD., a British Columbia corporation; TELIGENCE (US), INC., a Nevada corporation; TELIGENCE HOLDINGS INC., a Nevada corporation; ROBERT J. MADIGAN, a citizen of Canada; JOHN MADIGAN, a citizen of Canada; FIRST MEDIA GROUP, INC., a Canadian corporation; FIRST MEDIA GROUP LLC, a Delaware corporation; and JOHN DOES 1-100;<br><br>    Defendants. | NO. CV-07-0059-EFS<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE A SUR-REPLY** |
| TELIGENCE (CANADA) LTD., a British Columbia corporation, and TELIGENCE (US), INC., a Nevada corporation,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>DX/DY VOICE PROCESSING, INC., an Arizona corporation, and JEFFREY SMITH, an individual,<br><br>    Counterclaim Defendants. | |

ORDER * 1

1  Before the Court, without oral argument, is Teligence Defendants'
2  Motion to File a Sur-Reply in Opposition to Dx/Dy's Motion for Summary
3  Judgment of Infringement. (Ct. Rec. 245.)  Teligence Defendants seek to
4  file a five (5) page sur-reply to address critical arguments that
5  Plaintiff Dx/Dy Voice Processing, Inc. raised for the first time in its
6  reply.  After review, the Court finds good cause exists to grant
7  Teligence Defendants' motion.
8  Accordingly, **IT IS HEREBY ORDERED**: Teligence Defendants' Motion to
9  File a Sur-Reply in Opposition to Dx/Dy's Motion for Summary Judgment of
10 Infringement **(Ct. Rec. 245)** is **GRANTED**.  Teligence Defendants' Sur-Reply
11 in Opposition to Dx/Dy's Motion for Summary Judgment of Infringement
12 (Ct. Rec. 247), filed August 7, 2008, is **ACCEPTED.**
13 **IT IS SO ORDERED.**  The District Court Executive is directed to enter
14 this Order and to provide copies to counsel.
15 **DATED** this ___8th___ day of August 2008.

                          S/ Edward F. Shea
                          EDWARD F. SHEA
                     United States District Judge

Q:\Civil\2007\59.Sur.Reply.wpd

ORDER * 2